**Edward Harold SAUNDERS, Jr., a/k/a Edward H. Saunders, Jr., Petitioner—Appellant,**

v.

**Warden John J. LAMANNA, Warden FCI Edgefield, Respondent— Appellee.**

No. 09–6349.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 18, 2009.

Decided: Oct. 2, 2009.

Edward Harold Saunders, Jr., Appellant Pro Se.

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Harold Saunders, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Saunders v. LaManna,* No. 8:08–cv–03333–GRA, 2009 WL 363752 (D.S.C. filed Feb. 9, 2009 & entered Feb. 10, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*